IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MARTIN VINAS, JORGE R
MELENDEZ OTERO, MARILUZ

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
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

Debtor(s)

CASE NO. 97-09851 ESL

Chapter 13

*FILED & ENTERED JUL 20 1999 CLERK U.S. BANKRUPTCY COURT SAN JUAN, PUERTO RICO*

ORDER DISMISSING CASE

The motion to dismiss filed by Island Finance Puerto Rico, Inc. (docket #11) having been duly notified to all parties in interest, and no replies having been filed, it is now

**ORDERED, ADJUDGED AND DECREED** that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

This order shall become effective ten (10) days after notice of the same.

SO ORDERED.

San Juan, Puerto Rico, this __19__ day of July, 1999.

Enrique S. Lamoutte
United States Bankruptcy Judge

The Chapter 13 Trustee shall give notice to all parties in interest. See General Order 94-8.

By: LILLIAN MORALES
Deputy Clerk

C: RLopez
7/20/99